UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Anton Montes Vernon            Docket No. 2:25-CR-4-1M

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

     COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Anton Montes Vernon, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 17th day of March, 2025.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 22, 2025, the defendant submitted a urine specimen to the U.S. Probation Office which tested positive for marijuana use. Vernon admitted marijuana use on April 20, 2025, and signed an admission form. It is noted that the defendant is currently on Home Incarceration with Radio Frequency (RF) monitoring. Arraignment is scheduled for May 6, 2025, before the Honorable Richard E. Myers II, Chief U.S. District Judge, and a bond hearing is scheduled for May 8, 2025, before the Honorable Kimberly A. Swank, U.S. Magistrate Judge.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith            /s/ Matthew A. Fmura
Dewayne L. Smith            Matthew A. Fmura
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                          150 Reade Circle
                                                          Greenville, NC 27858-1137
                                                          Phone: 252-830-2345
                                                          Executed On: April 25, 2025

### ORDER OF THE COURT

Considered and ordered the  25th  day of  April , 2025, and ordered filed and made part of the records in the above case.

_/s/ Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge