IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CR-00004-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTON MONTES VERNON,

    Defendant.

ORDER

This matter comes before the court on the United States' notice of new discovery bearing on Defendant's motion to suppress [DE 31]. Having reviewed the United States' description of the newly discovered evidence, the court directs Defendant to provide notice of whether Defendant contends the new discovery warrants reopening his suppression hearing. Defendant shall provide such notice no later than May 15, 2025.

SO ORDERED this 13th day of May, 2025.

/s/ Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE