IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CR-00004-M

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTON MONTES VERNON, <br><br> Defendant. | ORDER |

This matter comes before the court on the United States' notice of new discovery [DE 31] and Defendant's motion to reopen the suppression hearing [DE 36]. Having reviewed the parties' respective descriptions of the new discovery, the court finds that reopening the suppression hearing to receive more evidence is warranted. This matter is set for a hearing on **May 21, 2025**,[1] at 2:00 p.m. in in Courtroom 1, 2 Princess Street, Wilmington, North Carolina, 28401.

SO ORDERED this 19th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] After May 21, the court's next availability for a hearing is during the June 24, 2025, term of court. If the parties are unavailable to reconvene for a hearing this Wednesday, they are directed to provide notice to the court by May 20, 2025, and may jointly propose a date during the June 24 term of court. Any delay occasioned from granting Defendant's motion to reopen the suppression hearing shall be excluded from Defendant's speedy trial time pursuant to 18 U.S.C. § 3161(h)(1)(D).