UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No: 2:25-CR-4-1M

UNITED STATES OF AMERICA

vs.

**ORDER**

ANTON MONTES VERNON

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on January 21, 2026, be turned over to the case agent, Tom Helms, to be retained in his custody until this case is completed, including any matters on appeal:

| **Govt. Exhibit No.:** | **Description:** |
|---|---|
| 1 | Firearm |
| 3 | Magazine and Rounds |

This 22d day of January, 2026.

_Richard E. Myers II_
Richard E. Myers II
Chief United States District Judge

Agent's Signature: _Tom Helms_